UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| Maxwell B. Johnson | ) | CASE NO. 05-62312-JPK |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |

O R D E R

At Hammond, Indiana, on May 4, 2005.

On May 3, 2005, a STATEMENT REGARDING SOCIAL SECURITY NUMBER was electronically filed on behalf of the debtor(s). The document(s) does not indicate that it has been signed by the debtor(s) as required by paragraph 11(c) of the court's order authorizing electronic case filing.

Debtor(s) shall, within three (3) days of this date, file a document that properly indicates said signature(s). The failure to do so may result in the current filing being stricken without further notice.

SO ORDERED.

/s/ J. PHILIP KLINGEBERGER
Judge, United States Bankruptcy Court