UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| Maxwell B. Johnson | ) | CASE NO. 05-62312-JPK |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |

O R D E R

At Hammond, Indiana, on May 4, 2005.

On May 3, 2005, a STATEMENT REGARDING SOCIAL SECURITY NUMBER was electronically filed on behalf of the debtor(s).  The document(s) does not indicate that it has been signed by the debtor(s) as required by paragraph 11(c) of the court's order authorizing electronic case filing.

Debtor(s) shall, within three (3) days of this date, file a document that properly indicates said signature(s).  The failure to do so may result in the current filing being stricken without further notice.

SO ORDERED.

   /s/ J. PHILIP KLINGEBERGER
Judge, United States Bankruptcy Court

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0755-6         User: pjn              Page 1 of 1                Date Rcvd: May 04, 2005
Case: 05-62312               Form ID: pdf004        Total Served: 1

The following entities were served by first class mail on May 06, 2005.
db          +Maxwell B. Johnson,    1542 Admiral Court,    Porter, IN 46304-9106

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 06, 2005**                          Signature:   _Joseph Speetjens_