UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: MAXWELL B. JOHNSON

    DEBTOR                                                                                        CHAPTER 7
                                                                                BANKRUPTCY NO. 05-62312

**ENTRY OF APPEARANCE**

\*\*\* \*\*\* \*\*\*

    Comes now Chad H. Smith of McBrayer, McGinnis, Leslie & Kirkland, attorneys, and enters his appearance as bankruptcy counsel on behalf of the creditor herein, TranSouth Financial Corporation, and requests that a copy of all notices normally sent out by the Clerk of the Bankruptcy Court be sent to him at the address set forth below.

                                              ____/s/Chad_H._Smith_____
                                              CHAD H. SMITH
                                              McBRAYER, McGINNIS, LESLIE & KIRKLAND
                                              P.O. Box 1100
                                              Frankfort, Kentucky 40602-1100
                                              (502) 223-1200
                                              Counsel for Creditor, TranSouth Financial Corporation

**CERTIFICATE OF SERVICE**

I hereby certify and true and correct copy of the foregoing was mailed or electronically served to the following on this the 10th day of May 2005:

Hon. Daniel W. Matern
20 West Kinzie, Suite 1300
Chicago, Illinois 60610
Counsel for Debtor

Hon. Kenneth A. Manning
200 Monticello Drive
Dyer, Indiana 46311
Trustee

Hon. Nancy J. Gargula
Assistant U.S. Trustee
Northern District of Indiana
One Michiana Square, 5th Floor
100 East Wayne Street
South Bend, Indiana 46601

_____/s/Chad_H._Smith_____
CHAD H. SMITH