UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MAXWELL B. JOHNSON | ) | CHAPTER 7 BANKRUPTCY |
| | ) | CASE NO: 05-62312 |
| DEBTOR | ) | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On May 10, 2005, TranSouth Financial Corporation, filed a Motion for Relief from Stay asking the Court to terminate the automatic stay as to personal property. In support of the relief requested, the Motion states that Debtor, Maxwell B. Johnson, has failed to make payments on the promissory note secured by the following personal property:

2000 Lexus GS-I6
VIN NO: JT8BD68S4Y0095968

TranSouth Financial Corporation is not adequately protected. TranSouth Financial Corporation requests relief from the Stay. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the Clerk's office.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the motion, then on or before May 25, 2005, you or your attorney must:

1.   File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at United States Bankruptcy Court for the Northern District of Indiana, South Bend Division, 5400 Federal Plaza, Hammond, Indiana 46320.

If you mail your objections, you must mail it early enough so that it will be received by the date it is due.

2.    You must also mail a copy of your objection to:

Chad H. Smith
McBrayer, McGinnis, Leslie & Kirkland
P.O. Box 1100
Frankfort, Kentucky 40602-1100

Hon. Daniel W. Matern, 20 West Kinzie, Suite 1300, Chicago, Illinois 60610

Hon. Kenneth A. Manning, 200 Monticello Drive, Dyer, Indiana 46311

If you do not file an objection by the date it is due, the Court may grant the relief requested without holding a hearing. If you do file an objection, the Court will set the motion for hearing, which you or your attorney will be expected to attend.

Date:  5/10/2005                              _____/s/Chad_H._Smith_____
                                              Chad H. Smith
                                              McBrayer, McGinnis, Leslie & Kirkland
                                              P.O. Box 1100
                                              Frankfort, Kentucky 40602-1100
                                              (502) 223-1200
                                              Attorney for Secured Creditor

**CERTIFICATE OF SERVICE**

    I hereby certify a true and correct copy of the foregoing was served on the following by U.S. Mail or electronic service this 10th day of May, 2005.

Maxwell B. Johnson
1542 Admiral Court
Porter, IN 46304

Hon. Daniel W. Matern
20 West Kinzie, Suite 1300
Chicago, IL 60610

Hon. Kenneth A. Manning
200 Monticello Drive
Dyer, IN 46311

Office of the U.S. Trustee
Northern District of Indiana (by electronic service)

All creditors listed on the following page(s) were served with a copy of this pleading on May 10, 2005 by U.S. Mail

                                                  _____/s/Chad_H._Smith_____
                                                  CHAD H. SMITH

**05-62312-jpk** Maxwell B. Johnson
Case type: bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** J. Philip Klingeberger
**Date filed:** 05/03/2005 **Date of last filing:** 05/06/2005

# Creditors

**American Express**
P.O. Box 36001                                    (cr)
Ft Lauderdale, FL 33336

**AT&T Universal Card**
PO Box 8029                                       (cr)
S. Hackensack, NJ 07606-8029

**Bank One**
P.O. Box 94010                                    (cr)
Palatine, IL 60094

**Chase**
Box 52195                                         (cr)
Phoenix, AZ 85072-2195

**Chase**
P.O. Box 52195                                    (cr)
Phoenix, AZ 85072

**Fleet Bank NA/AFSA**
P.O. Box 1070                                     (cr)
Newark, NJ 07101-1070

**Home Depot Credit Services**
PO Box 9100                                       (cr)
Des Moines, IA 50368-9100

**IN Gross Inc Div**
P.O. Box 595                                      (cr)
Indianapolis IN 46204

**Indiana Department of Revenue**

100 North Senate                                  (cr)
Room N203
Indianapolis IN 46204-2217

**Porter County Treasurer**
155 Indiana Avenue
Suite 209                                         (cr)
Valparaiso IN 46383

**Tran South**
P.O. Box 6001                                     (cr)
Carol Stream, IL 60197

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/10/2005 12:57:58 | | | |
| **PACER Login:** | mm0264 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 05-62312-jpk Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |