UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: MAXWELL B. JOHNSON

    DEBTOR                                                                       CHAPTER 7
                                                                            BANKRUPTCY NO. 05-62312

## ORDER FOR RELIEF FROM STAY AND ABANDONMENT

\*\*\* \*\*\* \*\*\*

On Motion of TranSouth Financial Corporation, and the Court being otherwise duly and sufficiently advised, it is ordered that:

1.   The trustee's interest is hereby abandoned and the automatic stay imposed by § 362 of Title 11, United States Bankruptcy Code previously entered herein be and is same hereby terminated to permit TranSouth Financial Corporation, and all other parties claiming an interest in the following described personal property to proceed to enforce their liens upon the following described personal property:

One (1) 2000 Lexus GS-I6, VIN No. JT8BD68S4Y0095968.

2.   That the excess proceeds of any sale be turned over to the Trustee.

3.   That the provisions of Bankruptcy Rule 4001(a)(3) are not applicable so TranSouth Financial Corporation may immediately enforce and implement this Order granting relief from the automatic stay.

*J. Philip Klingeberger*

_____
JUDGE, U.S. BANKRUPTCY COURT

DATE: May 31, 2005.

Copies to:

Maxwell B. Johnson
1542 Admiral Court
Porter, Indiana 46304

Hon. Daniel W. Matern
20 West Kinzie, Suite 1300
Chicago, Illinois 60610
Counsel for Debtor

Hon. Kenneth A. Manning
200 Monticello Drive
Dyer, Indiana 46311
Trustee

Hon. Chad H. Smith
McBrayer, McGinnis, Leslie & Kirkland
P.O. Box 1100
Frankfort, Kentucky 40602-1100
(502) 223-1200
Counsel for Movant,
TranSouth Financial Corporation

Office of the U.S. Trustee
Northern District of Indiana